United States District Court
Southern District of Texas

**ENTERED**

July 31, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | |
|---|---|
| **MARIO ALFONSO RIVERA SANTIAGO,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 5:26-CV-01349** |
| § | |
| **DEPARTMENT OF HOMELAND** § | |
| **SECURITY (ICE),** *et al.*, § | |
| § | |
| **Respondents.** § | |

## ORDER

Pending before the Court is petitioner Mario Alfonso Rivera Santiago's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), **and serve it on the *pro se* Petitioner** no later than **August 7, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243.[1] The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may submit a reply to Respondents' Response on or before **August 21, 2026**.

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

---

[1] Respondent must serve their response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is *pro se*.

1 / 2

The Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

> **Mario Alfonso Rivera Santiago**
> **A# 246587669**
> **Rio Grande Processing Center**
> **1001 San Rio Boulevard**
> **Laredo, TX 78046**

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days beforehand** and then inform the Court **IMMEDIATELY** after any transfer or removal occurs.

IT IS SO ORDERED.

SIGNED this July 31, 2026.

Diana Saldaña
United States District Judge